UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MATTHEW DOUGLAS BUTALA, )
)
         Appellant, )
)
v. ) **JUDGMENT**
)
) No. 5:18-CV-376-FL
)
JOHN F. LOGAN, CHAPTER 13 )
TRUSTEE, )
         Appellee. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court for the Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 21, 2019, that the decision of the bankruptcy court is AFFIRMED.

**This Judgment Filed and Entered on February 21, 2019, and Copies To:**

John F. Logan (via CM/ECF Notice of Electronic Filing)
Travis Philip Sasser (via CM/ECF Notice of Electronic Filing)
Stephanie Elizabeth Goodbar (via CM/ECF Notice of Electronic Filing)

February 21, 2019         PETER A. MOORE, JR., CLERK
                                    /s/ Susan W. Tripp
                                    (By) Susan W. Tripp, Deputy Clerk